IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ADVANCE PUBLICATIONS, INC., et al.,

        Plaintiffs,

v.

EXEC. OFFICE FOR U.S. ATTORNEYS, et al.,

        Defendants.

Case No. _____

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 26.1, Plaintiffs Advance Publications, Inc., The Associated Press, Cable News Network, Inc., CBS Broadcasting Inc. o/b/o CBS News, The E.W. Scripps Company, Gannett Co., Inc., The New York Times Company, POLITICO LLC, and Pro Publica, Inc., by and through undersigned counsel, respectfully certify that:

**Advance Publications, Inc.** does not have any parent corporation. Nor does any publicly held corporation own more than ten percent of its stock.

**The Associated Press** is a news cooperative incorporated under the Not-for-Profit Corporation Law of New York and has no parents, subsidiaries or affiliates that have any outstanding securities issued to the public.

**Cable News Network, Inc.**, is ultimately a wholly-owned subsidiary of Warner Bros. Discovery, Inc., a publicly traded corporation. Warner Bros. Discovery, Inc. has no parent company and, to the best of Cable News Network, Inc.'s knowledge, no publicly held company owns 10% or more of Warner Bros. Discovery, Inc.'s stock.

**CBS Broadcasting Inc.** is a wholly owned subsidiary of Paramount Global, a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the

majority of the Class A voting stock of Paramount Global. Paramount Global is only aware, without further inquiry, that Berkshire Hathaway Inc., a publicly traded company, beneficially owns at least 10% of Paramount Global's total common stock, i.e., Class A and Class B on a combined basis, as reported on a Form 13F filed with the Securities and Exchange Commission on February 14, 2023.

**The E.W. Scripps Company** is a publicly traded company with no parent company. No individual stockholder owns more than 10% of its stock.

**Gannett Co., Inc**. is a publicly traded company (NYSE: GCI). BlackRock Inc., also a publicly traded entity, owns more than a ten percent interest in Gannett Co., Inc.

**The New York Times Company**, a publicly traded company, has no parent company and no publicly held corporation owns 10% or more of its stock.

**POLITICO LLC** is wholly owned by POLITICO Media Group LLC which is, in turn, wholly owned by Axel Springer SE, and no publicly held corporation owns 10% or more of its stock.

**Pro Publica, Inc.**, a non-profit corporation, has no parent corporation and issues no stock.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: April 12, 2023        Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Lauren Russell (#1697195)
1909 K Street NW, 12th Floor
Washington, DC 20006

Tel: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
russelll@ballardspahr.com

*Counsel for Plaintiffs*