**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADVANCE PUBLICATIONS, INC., *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE FOR U.S. ATTORNEYS, <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendants. | Civil Action No. 1:23-cv-01014 |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned attorney, Samuel Rebo, United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance in the above-captioned case on behalf of Defendants.   All orders, briefs, and correspondence should be directed to him.


Dated:  May 15, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Samuel Rebo*
SAMUEL REBO (DC Bar # 1780665)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 514-6582
Samuel.a.rebo@usdoj.gov
*Counsel for Defendants*