**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| ADVANCE PUBLICATIONS, INC., *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE FOR U.S. ATTORNEYS,<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendants. |

Civil Action No. 1:23-cv-01014

**JOINT STATUS REPORT**

In accordance with the Court's order of May 14, 2023 (ECF No. 7), the parties submit this joint status report and update on this action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552.

**I.     Plaintiffs' Position**

Plaintiffs in this FOIA action seek the same video footage – recorded on January 6, 2021 on surveillance cameras inside the United States Capitol and on its surrounding grounds (the "Capitol Surveillance Videos") – that Speaker of the United States House of Representatives Kevin McCarthy has released to then-Fox News host Tucker Carlson.  Numerous clips of many of these Capitol Surveillance Videos have also been submitted as exhibits and shown in proceedings in this District during the prosecution of criminal defendants in connection with the January 6 riot.

Plaintiffs submitted these FOIA requests three months ago, on February 24, 2023, to Defendants the Federal Bureau of Investigation ("FBI") and Executive Office for U.S. Attorneys ("EOUSA").  FBI denied the request, asserting that it had no responsive records.  EOUSA failed

1

to respond and thus constructively denied the request.  After Plaintiffs filed this lawsuit, EOUSA belatedly asserted that it was withholding the Capitol Surveillance Videos under Exemption 7(A).

Defendants now represent through counsel that they are each "re-evaluating" those responses.  *See infra* at 3.  Plaintiffs expected the FBI to re-evaluate its response back in March, however, when Plaintiffs administratively appealed that response and explained why, "[f]or multiple reasons, it defies belief that the FBI would be unable to locate any CCTV videos from 'the most significant assault on the Capitol since the War of 1812.'"  Compl. Ex. 7 (Dkt. 1-7) (quoting *Trump v. Thompson*, 20 F.4th 10, 18-19 (D.C. Cir. 2021)).  And Plaintiffs are baffled why the EOUSA, which has produced and continues to release myriad Capitol Surveillance Videos to the press and public through the agency's own USAfx dropbox system,[1] would have ever even considered claiming that it can categorically withhold *all* such videos now under Exemption 7(A).

That said, "[w]isdom too often never comes, and so one ought not to reject it merely because it comes late."  *Henslee v. Union Planters Nat. Bank & Tr. Co.*, 335 U.S. 595 (1949) (Frankfurter, J., dissenting).  Plaintiffs therefore join Defendants in requesting that the Court direct the parties to submit another Joint Status Report by June 13, 2023, in the hope that Defendants will indeed use that time "to propose a possible records' processing schedule."  *See infra* at 4.

Plaintiffs further request that the Court set a status conference in this case for as soon after June 13, 2023 as its schedule permits.  Given the uncertainty that the Defendants express below in how they intend to proceed, Plaintiffs respectfully submit that placing a conference on the calendar

---

[1] This Court, along with most if not all of the other District Courts that have January 6 prosecutions pending before them, has directed the government to furnish a coalition of press organizations (represented by the undersigned counsel) with these video clips via the dropbox set up by EOUSA in response to Standing Order 21-28.  *See, e.g.*, Dec. 12, 2022 Minute Order, *United States v. Rhodes*, No. 22-cr-15; Apr. 27, 2022 Minute Order, *United States v. Webster*, No. 21-cr-208; July 13, 2021 Minute Order, *United States v. Harrelson*, No. 21-cr-28-10.

now will assist the parties in reaching consensus on a schedule for processing and producing Capitol Surveillance Videos or in clarifying the points of dispute for the Court to resolve, such as the proper pace of processing and production and the threshold applicability of *any* FOIA exemption(s) that Defendants may wish to assert in light of the prior disclosure of these records.

## II.     Defendants' Position

Plaintiffs submitted FOIA requests dated February 24, 2023, to Defendants the Federal Bureau of Investigation (the FBI) and Executive Office for U.S. Attorneys (EOUSA).  The requests seek all closed-circuit camera footage recorded on January 6, 2021, inside the United States Capitol and on its surrounding grounds, on Capitol surveillance cameras.

On March 2, 2023, the FBI denied Plaintiffs' FOIA request having found no responsive agency records subject to FOIA.  On April 25, 2023, EOUSA denied Plaintiffs' FOIA request pursuant to exemption 7(A).

On March 3, 2023, Plaintiffs appealed FBI's denial to the Department of Justice's Office of Information Policy (OIP).  On May 12, 2023, OIP closed the appeal pursuant to Department policy after being informed that Plaintiffs filed the instant lawsuit.  *See* 28 C.F.R. 16.8(b)(2).

The FBI is currently re-evaluating its previous response to Plaintiffs' FOIA request and will begin processing records that may be responsive to the request, if any, in order to determine whether any may be subject to production.

EOUSA is also re-evaluating its previous response and denial of the request given the passage of time.

In light of the fact that Defendants are re-evaluating their previous responses as set forth above, they are yet unable to determine the volume of records in their possession that may be

responsive to the request and subject to production.  Therefore, they are currently unable to propose a schedule for processing and production of any nonexempt records.

In order to afford Defendants sufficient time to propose a processing schedule, the parties respectfully propose that they file another joint status report on or before June 13, 2023.  Plaintiffs request that the court schedule a status conference as soon after June 13, 2023, as the Court's schedule may allow.  Defendants believe that such a status conference would be premature and proposes instead that the parties propose a processing schedule in the next status report.

Defendants do not yet anticipate moving for summary judgment and otherwise do not anticipate moving for a stay of proceedings under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

Dated: May 30, 2023

BALLARD SPAHR LLP

/s/ Charles D. Tobin
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Lauren Russell (#1697195)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
russelll@ballardspahr.com

*Counsel for Plaintiffs*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

s/ Samuel Rebo
SAMUEL REBO (DC Bar No. 1780665)
Trial Attorney
Samuel.a.rebo@usdoj.gov
United States Department of Justice
1100 L St. NW
Washington, DC 20005
(202) 880-0206

*Counsel for Defendants*