# Exhibit A

6/13/23, 10:42 AM  Rep. Marjorie Taylor Greene on Twitter: "I'm excited to share the good news that just as I promised the J6 tapes are being released! @SpeakerMcCarthy has given @jsolomonR…

Case 1:23-cv-01014-APM   Document 9-1   Filed 06/13/23   Page 2 of 2









Search Twitter

**Relevant people**


Rep. Marjorie Taylo… 
@RepMTG
Christian, Mother, American, Business Owner, and Congresswoman representing Georgia's 14th District
Follow


Kevin McCarthy 
@SpeakerMcCarthy
Speaker of the House and Representative of California's 20th District in the House of Representatives.
Follow


John Solomon 
@jsolomonReports
John Solomon is an award-winning investigative journalist and founder of Just the News. He has worked at AP, WaPo, TWT, and The Hill.
Follow

**What's happening**

NBA · Last night
**Heat at Nuggets**


Politics · Trending
**#TrumpArraignment**
24K Tweets

Trending
**#RIPTreatWilliams**
Trending with Deep Rising

Sports · Trending
**Ja Morant**
29.4K Tweets


Home
Explore
Notifications
Messages
Lists
Bookmarks
Verified
Profile
More

Tweet


Franklin B. Smith
@fbsmith2017