# Exhibit B

**Ballard Spahr LLP**

1909 K Street, NW
12th Floor
Washington, DC 20006-1157
TEL 202.661.2200
FAX 202.661.2299
www.ballardspahr.com

Charles D. Tobin
Tel: 202.661.2218
Fax: 202.661.2299
tobinc@ballardspahr.com

June 2, 2023

*Via email*

The Honorable Kevin McCarthy
Speaker of the House of Representatives
2468 Rayburn House Office Building
Washington, DC 20515

The Honorable Charles E. Schumer
Senate Majority Leader
322 Hart Senate Office Building
Washington, DC 20510

The Honorable Steve Scalise
House Majority Leader
2049 Rayburn House Office Building
Washington, DC 20515

The Honorable Mitch McConnell
Senate Republican Leader
317 Russell Senate Office Building
Washington, DC 20510

The Honorable Hakeem Jeffries
House Democratic Leader
2433 Rayburn House Office Building
Washington, DC 20515

**Re:   January 6, 2021 Capitol Grounds Surveillance Video**

Dear Congressional Leadership:

As you know, this firm represents a coalition of news organizations (the "Press Coalition"),[1] which have requested access to the surveillance videos recorded inside the United States Capitol and on its surrounding grounds during the January 6, 2021 riot (the "CCTV videos"). This is the fourth letter we have written to you seeking access for our clients to the CCTV videos, which Speaker McCarthy permitted Tucker Carlson in February to view and to select excerpts for the program he hosted at the time on Fox News.

Congressional leadership has rebuffed our every effort to secure for this coalition the same opportunity that Mr. Carlson had to view and obtain copies of the videos, even though

---

[1] The Press Coalition consists of Advance Publications, Inc., American Broadcasting Companies, Inc. d/b/a ABC News, Axios Media Inc., Cable News Network, Inc., CBS Broadcasting Inc. o/b/o CBS News, The E.W. Scripps Company, Gannett Co., Inc., Los Angeles Times Communications LLC, POLITICO LLC, and Pro Publica, Inc.

June 2, 2023
Congressional Leadership
Page 2

Speaker McCarthy assured the public three months ago that, "as soon as possible," he would provide those CCTV videos "to the entire country."[2]

      By now, we have all seen the tweet posted on Wednesday of this week by Congresswoman Marjorie Taylor Greene, announcing that Speaker McCarthy has provided "unfettered access" to the CCTV videos to John Solomon of *Just The News*, Julie Kelly of *American Greatness*, and "a third outlet" she did not name.[3] Ms. Kelly subsequently identified the third individual as Joe Hanneman of *The Epoch Times*, and she also confirmed that she "was contacted by Speaker McCarthy's office several weeks ago, and they granted permission for me to access the thousands of hours of CCTV." Ms. Kelly characterized the footage she now has access to as "the surveillance video that DOJ has kept under wraps under protective orders, not just from the public but also from defendants and defense attorneys."[4] Mr. Solomon likewise confirmed that he has already "spent hours going through the footage."[5]

      We will bring this further selective release by the Speaker to the attention of the U.S. District Court for the District of Columbia in our clients' Freedom of Information Act lawsuit against the FBI and the Executive Office of United States Attorneys concerning these videos. *See Advance Publications, Inc., et al. v. Exec. Office for U.S. Att'ys, et al.,* No. 23-cv-1014-APM (D.D.C.). Clearly, this is further indication that the federal government has no basis for continuing to withhold these videos and must release them to the public immediately and in full.

      We remain hopeful that Speaker McCarthy will honor his promise to the public and the representations made to us in discussions with House staff, which we held at the Speaker's instruction. We expect that, with Congresswoman Greene's announcement, our clients will be scheduled for review of the videos immediately. We will reach out to the Speaker's designee shortly.

      The Press Coalition continues to reserve all rights and remedies.

---

[2] *See* Lisa Mascaro & Farnoush Amiri, *McCarthy defends giving Tucker Carlson Jan. 6 trove access*, AP (Feb. 28, 2023), https://apnews.com/article/jan-6-capitol-riot-mccarthy-tucker-carlson-50a41c27108279a4486823a5db284dc1.

[3] *See* https://twitter.com/RepMTG/status/1663972434834235393.

[4] *See* https://twitter.com/TheFirstonTV/status/1663986487849828353.

[5] *See* https://youtu.be/EDi7ZJco0wU?t=2450.

June 2, 2023
Congressional Leadership
Page 3

Sincerely,

Charles D. Tobin
Maxwell S. Mishkin
Lauren Russell

cc:   Dan Meyer, Chief of Staff to Speaker McCarthy
      Thomas A. DiBiase, General Counsel, U.S. Capitol Police