IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADVANCE PUBLICATIONS, INC., et al.**,<br><br>Plaintiffs,<br><br>v.<br><br>**EXECUTIVE OFFICE FOR U.S. ATTORNEYS, et al.**,<br><br>Defendants. | Case No. 1:23-cv-1014-APM |

**SUPPLEMENTAL MEMORANDUM IN FURTHER SUPPORT OF
PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Advance Publications, Inc., The Associated Press, Cable News Network, Inc., CBS Broadcasting Inc. o/b/o CBS News, The E.W. Scripps Company, Gannett Co., Inc., POLITICO LLC, Pro Publica, Inc., and The New York Times Company, by and through counsel, respectfully submit this Supplemental Memorandum in Further Support of their Cross-Motion for Summary Judgment, Dkt. 15, to inform the Court about a new and significant factual development that provides additional support for Plaintiffs' arguments in this matter.

1. This case concerns Plaintiffs' request under the Freedom of Information Act ("FOIA") for approximately 14,000 hours of surveillance videos of the January 6, 2021 riot at the United States Capitol (the "Capitol Videos"). Defendant Executive Office for U.S. Attorneys ("EOUSA") moved for summary judgment and argued that it had properly denied access to the Capitol Videos under Exemptions 7(A), 7(E), 7(F), and 3. *See generally* Dkt. 13-1. Plaintiffs cross-moved for summary judgment on the grounds that EOUSA's arguments for categorically withholding the videos were erroneous, and that the prior public disclosure doctrine overrides those exemptions and compels the agency to release the videos. *See generally* Dkt. 15-1.

2.  On Friday, November 17, 2023, Speaker of the House Mike Johnson announced that he was "keeping [his] promise to the American people and making all the January 6th tapes available to ALL Americans." *See* Speaker Mike Johnson (@SpeakerJohnson), Twitter (Nov. 17, 2023, 3:20 PM), https://twitter.com/SpeakerJohnson/status/1725609920312041652.  In a subsequent post, Speaker Johnson provided additional details about this bulk disclosure:



*See* Speaker Mike Johnson (@SpeakerJohnson), Twitter (Nov. 17, 2023, 4:33 PM), https://twitter.com/SpeakerJohnson/status/1725628274657706198.

3.  The Committee on House Administration has already published approximately 90 hours of Capitol surveillance videos in its online "Reading Room."[1]  *See, e.g.*, Melissa Quinn, *House Republicans to release most of Jan. 6 footage*, CBS News (Nov. 17, 2023), https://www.cbsnews.com/news/january-6-capitol-footage-to-be-released/.

---

[1] *See* https://cha.house.gov/cha-subcommittee-reading-room-fe781e74-d577-4f64-93cc-fc3a8dd8df18.

4.	Speaker Johnson's decision to release 40,000 hours of Capitol surveillance videos – and to make "every minute of the videos uncensored" available to "every citizen" in "a public viewing room" – invalidates all of EOUSA's arguments for withholding the Capitol Videos (to the extent those arguments were ever valid).  In light of this release, EOUSA can no longer <u>reasonably</u> foresee that producing 14,000 hours of Capitol Videos would cause any of the harms it has asserted in this action.  *See Reporters Comm. for Freedom of the Press v. FBI*, 3 F.4th 350, 369-70 (D.C. Cir. 2021) (discussing FOIA's foreseeable harm requirement); Plaintiffs' Reply, Dkt. 19, at 12-13, 15 (demonstrating that EOUSA already failed to satisfy this requirement).

5.	For the foregoing reasons and those set forth in their prior briefs, Plaintiffs respectfully request that the Court grant their cross-motion for summary judgment, deny EOUSA's motion for summary judgment, order EOUSA to release the Capitol Videos, and award to Plaintiffs the costs and attorneys' fees that they have reasonably incurred in this action.

Dated:  November 20, 2023		Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Lauren P. Russell (#1697195)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200 | Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
russelll@ballardspahr.com

Paul J. Safier (*pro hac vice*)
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 665-8500 | Fax: (215) 864-8999
safierp@ballardspahr.com

*Counsel for Plaintiffs*

3