IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCE PUBLICATIONS, INC., *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE FOR U.S. ATTORNEYS, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-1014-APM |

**JOINT STATUS REPORT**

In accordance with the Minute Entry of February 14, 2025, the parties respectfully submit this joint status report to update the Court on their efforts to narrow the issues in dispute since the February 14, 2025 status conference.

As the Court is aware, on February 11, 2025, Defendants provided Plaintiffs with correspondence from Mr. Thomas DiBiase, General Counsel for the U.S. Capitol Police (USPC). *See* Joint Status Report, Exhibit A, ECF No. 29-1. Mr. DiBiase explained that, based on the USCP's conversations with the Committee on House Administration (CHA), the USCP understood all of the January 6, 2021, closed-circuit television (CCTV) footage it provided the CHA is available for viewing at the O'Neill Building. *See id.* at 1-2. Mr. DiBiase further explained that USCP understood the CCTV footage is also available on the website Rumble.com except for

(1) certain limited Senate-side footage requested withheld by the Senate and (2) footage formally designated security information by the Capitol Police Board. *See id.* at 2.

After the February 14, 2025, status conference, Defendants followed up with Mr. DiBiase to clarify the content of the Senate-side footage that the Senate requested be withheld from Rumble.com. Mr. DiBiase checked into this question and clarified that, according to Congress, no Senate footage was actually removed and that the only CCTV footage that is not available on Rumble.com is the footage formally designated security information by the Capitol Police Board.

Defendants' counsel conveyed this information to Plaintiffs' counsel today, and Plaintiffs' counsel represented that they would confer with their clients prior to the February 28, 2025, status conference.

Dated: February 26, 2025

Respectfully submitted,

BALLARD SPAHR LLP

ERIC J. HAMILTON
Deputy Assistant Attorney General

*/s/ Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Lauren Russell (#1697195)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
russelll@ballardspahr.com

*Counsel for Plaintiffs*

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Kristina A. Wolfe*
KRISTINA A. WOLFE (VA Bar No. 71570)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 353-4519
kristina.wolfe@usdoj.gov

*Counsel for Defendants*