IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCE PUBLICATIONS, INC., *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE FOR U.S. ATTORNEYS, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-1014-APM |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated May 1, 2025, the parties respectfully submit this status report.

1. As reported in Defendants' April 30, 2025 status report, EOUSA, following consultation with Department of Justice leadership, withdrew its assertions of FOIA Exemptions 7(E) and 7(F) and advised that it intends to publish in a FOIA reading room the CCTV footage from January 6, 2021 in its possession except for the 17 hours of footage withheld pursuant to Exemption 3. *See* ECF No. 37. Defendants further advised that EOUSA was conferring with the Department's IT personnel regarding the logistics of publishing the CCTV footage and requested that the parties be permitted to submit a status report on May 30, 2025, to update the Court on EOUSA's publications efforts and to address the need for further proceedings. *Id.*

2. EOUSA's conferral with the Department's IT personnel remains ongoing. EOUSA has confirmed that all of the CCTV footage in its possession is housed in an online video repository maintained by the United States Attorney's Office for the District of Columbia (USAO-DC). The

size of the CCTV footage files has presented some challenges with respect to downloading the footage to make it available on a publicly accessible platform. USAO-DC's IT personnel are currently exploring options for contracting with a third-party to write the code necessary to programmatically download the footage from the video repository. Absent the ability to programmatically download the footage, each video file will have to be opened and downloaded individually.

3. Given that EOUSA is still working out the logistics of making the CCTV footage in its possession, except for the 17 hours of footage withheld pursuant to Exemption 3, publicly available, the parties' conferral regarding the need for further proceedings remains ongoing.

4. Accordingly, the parties respectfully suggest that they be permitted to file a further status report in approximately 30 days, on or before June 27, 2025, to provide an update on EOUSA's publication efforts and the parties' conferral about the need for further proceedings.

Dated: May 30, 2025

Respectfully submitted,

BALLARD SPAHR LLP

*/s/ Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Lauren Russell (#1697195)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
russelll@ballardspahr.com

*Counsel for Plaintiffs*

ERIC J. HAMILTON
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Kristina A. Wolfe*
KRISTINA A. WOLFE (VA Bar No. 71570)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 353-4519
kristina.wolfe@usdoj.gov

*Counsel for Defendants*